# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | Case No. 2:18-cr-58 (4) |
| **Plaintiff,** : | |
| : | **CHIEF JUDGE ALGENON L. MARBLEY** |
| v. : | |
| : | |
| **JOHN Y. AMOAH,** : | |
| : | |
| **Defendant.** : | |

## AMENDED OPINION & ORDER[1]

This matter comes before the Court on the United States of America's Motion for Clarification Regarding Compassionate Release. (ECF No. 206). For the following reasons, the United States' Motion is **GRANTED.**

On June 12, 2020, this Court granted Mr. Amoah's Motion for Compassionate Release. (ECF No. 205). On June 15, 2020, the Government filed this Motion seeking clarification of the terms of Mr. Amoah's release. (ECF No. 206). Specifically, the Government "seeks an order clarifying that Mr. Amoah shall serve the unserved portion of the original term of imprisonment on supervised release" and "further requests that Mr. Amoah serve that period of supervised release on home confinement with location monitoring." (*Id.* at 2).

At sentencing, this Court ordered the following conditions for supervised release to which Mr. Amoah would be subject when released from prison:

- Mr. Amoah shall comply with all mandatory conditions of supervised release. See 18 U.S.C. § 3583(d).

- Mr. Amoah shall participate in substance abuse treatment, which includes random drug testing, at the direction of the Probation Officer.

---

[1] This replaces an order that was erroneously filed at 10:59 a.m. This is the proper order in this case.

- Mr. Amoah shall participate in mental health counseling at the direction of the Probation Officer.

- Mr. Amoah shall provide all financial and bank records to the probation office as directed.

- Mr. Amoah shall not incur new credit charges or open lines of credit without approval of the probation officer.

(ECF No. 183 at 3). This Court clarifies that Mr. Amoah shall serve the remainder of his 33-month prison sentence on home confinement and shall comply with the above terms of supervised release. Mr. Amoah shall participate in the home detention component of the location monitoring program for a period up to the balance of his remaining prison sentence. While on home detention in the location monitoring program, the Defendant shall be restricted to his residence at all times, except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as preapproved by the officer. The Defendant shall be monitored by the use of location monitoring technology at the discretion of the probation officer. The Defendant shall abide by all of the requirements established by the probation office related to the use of this location monitoring technology. The Defendant shall pay all or part of the costs of location monitoring based on his ability to pay as determined by the probation officer.

After finishing the remainder of his 33-month prison sentence on home confinement, Mr. Amoah shall serve the three years of supervised release subject to the above conditions of supervised release that this Court ordered at sentencing.

For the foregoing reasons, the Government's Motion for Clarification is **GRANTED.**

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:  June 18, 2020**

3